1

2

||||||||||||||||||||||||||||||||||||||||||||||||||||

|||||||||||||||||||||||||||||||||||||||||||||

04-MJ-00141-CMP

The Honorable Mary Alice Theiler

CC TO JUDGE __DJ__
_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 15 2004    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

6

7

8

**UNITED STATES DISTRICT COUR**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9   THE UNITED STATES OF AMERICA,

10          Plaintiff,

11      v.

12   DAVID YOUNGBERG and ADAM
     TSOUKALAS,

13          Defendants.

MAGISTRATE'S DOCKET  *04-141* M
NO. ~~02740087005EA~~

COMPLAINT FOR VIOLATION
Of Title 21, United States Code,
Sections 841(c) and 846

14

15   Before Mary Alice Theiler, United States Magistrate Judge, at Seattle, Washington.

16       The undersigned complainant, being duly sworn, states:

17                        **I. COUNT 1**

18              (Conspiracy to Possess and Distribute Ephedrine)

19       At an exact time unknown, but within the last five years, and continuing until

20   on or about March 12, 2004, at Blaine, Washington, within the Western District of

21   Washington, and elsewhere, DAVID YOUNGBERG and ADAM TSOUKALAS did

22   conspire to possess with intent to distribute ephedrine, a list I chemical, knowing or

23   having reasonable cause to believe that it would be used to manufacture

24   methamphetamine, a Schedule II controlled substance.

COMPLAINT/Youngberg et al. - 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-7970

1  All in violation of Title 21 United States Code Sections 841(c) and 846.

2  And the Complainant further states as follows:

3  1.    I, Shaun Smith, am a Special Agent with the Bureau of Immigration and
4  Customs Enforcement.  I am currently assigned to the Blaine, Washington office.  I
5  have been employed in this capacity for approximately two years.  Prior to
6  employment as a Special Agent, I was employed as an Inspector with the United States
7  Customs Service.  During my tenure in these positions, I have received training and
8  actual experience in conducting criminal investigations.  I have completed an intensive
9  19-week criminal investigator-training program at the Federal Law Enforcement
10 Training Center located in Glynco, Georgia.  As part of that program, I received
11 training in the investigation of narcotics smuggling, child pornography, fraud, import
12 and export laws, and money laundering.  I have personally participated in a number of
13 criminal investigations.  I have made arrests, conducted surveillance, conducted
14 interviews, and collected evidence related to various state and federal laws.

15 2.    On March 12, 2004, at approximately 5:22 p.m., ADAM
16 TSOUKALAS ("TSOUKALAS") and DAVID YOUNGBERG
17 ("YOUNGBERG") attempted to enter the United States at the Pacific Highway
18 Port of Entry, Blaine, Washington.  TSOUKALAS was driving a white Pontiac
19 Sunbird bearing a British Columbia license plate (the "vehicle").
20 YOUNGBERG is the registered owner of the vehicle.

21 3.    Customs and Border Protection Officer Jose Navarro conducted a
22 primary inspection of the vehicle.  TSOUKALAS and YOUNGBERG stated tat
23 the purpose of their trip was to travel to Bellis Fair Mall to shop for about an
24 hour.  Officer Navarro then conducted an inspection of the trunk of the vehicle.
   On inspection, he saw a blue barrel concealed under a black plastic bag.  Officer

COMPLAINT/Youngberg et al. - 2

1    Navarro attempted to pull the barrel closer to examine the contents and noticed it

2    was heavy.  Officer Navarro then asked TSOUKALAS what was in the barrels,

3    to which TSOUKALAS replied "just some stuff".  Officer Navarro then referred

4    the vehicle to secondary inspection for a further examination of the barrels.

5        4.       Customs and Border Protection Officer Jason Martin conducted

6    the secondary inspection of TSOUKALAS and YOUNGBERG.  Officer Martin

7    noticed that both subjects appeared nervous during secondary questioning.

8    Officer Martin and Senior Customs and Border Protection Officer Brad Logsdon

9    conducted a secondary inspection of the vehicle.  During the inspection of the

10   vehicle two blue barrels were removed from the trunk.  The barrels contained a

11   white crystalline powder.  The powder was field tested in my presence and was

12   positive for Ephedrine, a precursor for Methamphetamine.  The total weight of

13   the two barrels was approximately 124 pounds.

14       5.       At approximately 6:40 p.m., Special Agent Brian Faria informed

15   YOUNGBERG of his *Miranda* rights.  I was present for the waiver and for the

16   subsequent interview.  YOUNGBERG signed a written waiver and agreed to

17   answer questions.  YOUNGBERG stated he was traveling to Bellis Fair Mall

18   with TSOUKALAS to meet a friend named "Kyle."  YOUNGBERG said he had

19   let "Kyle" borrow his car earlier that day.  YOUNGBERG claimed he did not

20   know about the barrels in the trunk.  However, he admitted "Kyle" was paying

21   him and TSOUKALAS a couple hundred dollars each to drive the car over the

22   border and meet with "Kyle" on this trip.

23       6.       At approximately 6:50 p.m., Special Agent Faria separately

24   informed TSOUKALAS of his *Miranda* rights.  TSOUKALAS signed a written

waiver and agreed to answer questions.  Again, I was present for both the waiver

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-7970

1 and the interview. TSOUKALAS stated that a few days ago the same "Kyle"

2 had asked TSOUKALAS to rent a van in the United States and pick up

3 marijuana that had been moved across the border. TSOUKALAS stated

4 "Kyle's" last name is "Gannus" (phonetic). TSOUKALAS stated that he then

5 asked YOUNGBERG if he was interested in doing this with him. According to

6 TSOUKALAS, YOUNGBERG said that he was interested.

7    7.    TSOUKALAS stated that on March 12, 2004, around 1:00 p.m., he

8 received a phone call from "Kyle". TSOUKALAS said that "Kyle" wanted

9 TSOUKALAS to move a "brick" of ephedrine across the border instead of

10 picking up marijuana. TSOUKALAS said that around 3:00 p.m., he and

11 YOUNGBERG then took YOUNGBERG's vehicle over to "Kyle'" father's

12 house, where "Kyle" and another vehicle were already waiting for them.

13 TSOUKALAS stated "Kyle" then opened the other vehicle's trunk and

14 proceeded to remove the two blue barrels and place them in the back of

15 YOUNGBERG's vehicle.

16    8.    TSOUKALAS said that he and YOUNGBERG then started to

17 drive towards the border, with a final destination of Bellis Fair Mall.

18 TSOUKALAS said that when he and YOUNGBERG arrived at the Bellis Fair

19 Mall, the plan was for TSOUKALAS to call "Kyle", who was then going to

20 meet them and remove the blue barrels.

21    9.    TSOUKALAS said that "Kyle" often gets examined at the border,

22 and that is why "Kyle" wanted TSOUKALAS and YOUNGBERG to transport

23 the barrels across the border for him. TSOUKALAS said that "Kyle" planned to

24 take the barrels to California once he had picked them up from the Bellis Fair

Mall.

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-7970

COMPLAINT/Youngberg et al. - 4

1       10.    TSOUKALAS said that he and YOUNGBERG were going to

2  receive a "couple of hundred dollars" each for transporting the barrels across the

3  border.

4

5

6  Shaun Smith, Special Agent
  Bureau of Immigration and Customs Enforcement
7  Department of Homeland Security

8      Subscribed and sworn before me this 13th day of March, 2004, by Brian A.

9  Faria.

10

11  Mary Alice Theiler
  U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT/Youngberg et al. - 5

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-7970