Magistrate Judge Theiler

CC TO JUDGE __DJ__

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 15 2004   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID YOUNGBERG, and ADAM TSOUKALIS <br><br> Defendant. | MAGISTRATE'S DOCKET NO. <br> CASE NO. 04-141 M <br><br> ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshall and any Authorized United States Officer:

Based upon a review of a sworn Complaint, the Court finds that there is probable cause to believe defendants DAVID YOUNGBERG and ADAM TSOUKALIS have violated Title 21, U.S. Code Sections 841(c) and 846.

It is therefore ORDERED:

1.  You are directed to bring defendant before the United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2.  Defendants shall be held in custody pending that appearance.

Dated this 14th day of March, 2004, at Seattle, Washington.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER OF DETENTION PENDING
INITIAL APPEARANCE - 1            04-MJ-00141-OBJ

STATES ATTORNEY
IN STREET, SUITE 5100
WASHINGTON 98101-3903
(206) 553-7970